Brandon J. Tittle
Texas Bar No. 24090436
**TITTLE LAW GROUP, PLLC**
5550 Granite Pkwy, Suite 220
Plano, Texas 75024
Telephone: 972.987.5094
Email: btittle@tittlelawgroup.com

*Attorney for Debtors and*
*Debtors-in-Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 21-31100-sgj11** |
| **THE KINGSLEY CLINIC, PLLC, AND** | § | |
| **THE LILLY PROJECT, INC.,** | § | **Chapter 11 (Subchapter V)** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

## NOTICE OF OCCURRENCE OF EFECTIVE DATE

The Kingsley Clinic, PLLC ("Kingsley") and The Lilly Project, Inc. ("Lilly," and collectively with Kingsley, the "Debtors") hereby file this *Notice of Occurrence of Effective Date*. All conditions precedent to the Effective Date, described in the Debtors' Second Amended Plan of Reorganization [Docket No. 73], have occurred or have been waived as of January 7, 2022. No stay of the Confirmation Order was in effect as of that date. Accordingly, the Debtors file this Notice and inform all parties and the Court of the occurrence of the Effective Date on **January 7, 2022.**

| | |
|---|---|
| Dated: January 11, 2022 | Respectfully submitted by:<br><br>By:*/s/ Brandon J. Tittle*<br>Brandon J. Tittle<br>Texas Bar No. 24090436<br>**TITTLE LAW GROUP, PLLC**<br>5550 Granite Pkwy, Suite 220<br>Plano, Texas 75024<br>Telephone: 972.987.5094<br>Email: bittle@tittlelawgroup.com<br><br>**ATTORNEY FOR THE DEBTORS AND DEBTORS-IN-POSSESSION** |