

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 28, 2022**

United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 21-31100-sgj11 |
| THE KINGSLEY CLINIC, PLLC, AND | § | |
| THE LILLY PROJECT, INC., | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtors. | § | Jointly Administered |

## FINAL DECREE

On this day came on for consideration the *Post-Confirmation Report and Application for Final Decree* (the "Application") filed by The Kingsley Clinic, PLLC, and The Lilly Project, Inc. (the "Reorganized Debtors").  The Court, having considered the Application and the record established during the case, hereby finds that the above-captioned case should be closed.  It is therefore

**ORDERED** that the above-captioned case is hereby closed.

# # # END OF ORDER # # #

**Prepared by:**

*/s/ Brandon J. Tittle*
Brandon J. Tittle
Texas Bar No. 24090436
**TITTLE LAW GROUP, PLLC**
5550 Granite Pkwy, Suite 220
Plano, Texas 75024
Telephone: 972.987.5094
Email: bittle@tittlelawgroup.com

**ATTORNEY FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION**